# Court of Appeals
# of the State of Georgia

ATLANTA,___November 24, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0282. BLOODWORTH v. TREADWELL.**

This appeal was docketed in this court on September 26, 2014. The appellant's brief, including enumerations of error, was due to be filed no later than October 16, 2014. Court of Appeals Rule 23 (a). On October 31, 2014 the appellant was ordered to file a brief within 10 days, but has not done so as of the date of this order. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,_____11/24/2014_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen___, *Clerk.*